THE HONORABLE RONALD B. LEIGHTON

07-CV-05064-ORD

FILED _____ LODGED
_____ RECEIVED

MAR -7 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PACIFICORP GROUP HOLDINGS COMPANY,

    Plaintiff,

vs.

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA et al.

    Defendants.

Civil Action No.: 07-CV-5064 RBL

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT INSCO LIMITED TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

WHEREAS, on November 15, 2006, Plaintiff Pacificorp Group Holdings Company filed the action entitled Pacificorp Group Holdings Company v. The Insurance Company of the State of Pennsylvania, et al., Superior Court of the State of Washington for Pierce County, Case no. 06-2-131024;

WHEREAS, defendant INSCO Limited was served with a Summons and Complaint on February 14, 2007;

(07-CV-5064 RBL) STIPULATION FOR EXTENSION OF TIME FOR DEF. INSCO LTD. TO FILE ANSWER OR OTHER RESPONSIVE PLEADING - 1

LAW OFFICES OF
NICOLL BLACK MISENTI & FEIG PLLC
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 838-7555

1  WHEREAS, Defendants Century Indemnity Company and Insurance Company of North American elected to remove the aforementioned action to the United States District Court for the Western District pursuant to 28 U.S.C. §1332;

WHEREAS, Plaintiff Pacificorp Group Holdings Company and Defendant INSCO Limited have agreed that Defendant INSCO Limited shall have fourteen (14) additional days to file its Answer or other responsive pleading to Plaintiff's Complaint;

IT IS HEREBY STIPULATED, by and between the Plaintiff Pacificorp Group Holdings Company and Defendant INSCO Limited, by and through their respective attorneys, that Defendant INSCO Limited shall have fourteen (14) additional days in which to file its Answer or other responsive pleading to Plaintiff's Complaint. As a result, Defendant INSCO Limited's Answer or other responsive pleading is due on or before Tuesday, March 20, 2007.

DATED this 6th day of March, 2007.

| GORDON, THOMAS, HONEWELL, MALANCA, PETERSON & DAHEIM LLP | NICOLL BLACK MISENTI & FEIG, PLLC |
|---|---|
| **per email authority 3/06/07** | |
| By: /s/ William A. Pelandini for Bradley Maxa<br>Bradley A. Maxa, WSBA No. 15198<br>Attorneys for Plaintiff Pacificorp Group<br>Holdings Company | By: /s/ William A. Pelandini<br>William A. Pelandini, WSBA No. 11521<br>Attorney for Defendant INSCO Ltd. |

(07-CV-5064 RBL) STIPULATION FOR EXTENSION OF TIME FOR DEF. INSCO LTD. TO FILE ANSWER OR OTHER RESPONSIVE PLEADING - 2

LAW OFFICES OF
NICOLL BLACK MISENTI & FEIG PLLC
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 838-7555

**IT IS SO ORDERED:**

Defendant INSCO Limited's Answer or other responsive pleading shall be due on or before **Tuesday, March 20, 2007.**

DATED: March 7, 2007

*/s/ Ronald B. Leighton*

Judge Ronald B. Leighton
(07-CV-5064 RBL) STIPULATION FOR EXTENSION
OF TIME FOR DEF. INSCO LTD. TO FILE ANSWER
OR OTHER RESPONSIVE PLEADING - 3

LAW OFFICES OF
**NICOLL BLACK MISENTI & FEIG PLLC**
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 838-7555