AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court
**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

PACIFICORP GROUP HOLDINGS,

    v.

CASE NUMBER: CV07-5064RBL

THE INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA, et al.,

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Remand is GRANTED.  All other pending motions are DENIED as moot.

*DATED : 4/10/07*

       BRUCE  RIFKIN
    *Clerk*

      /s/   Jean Boring
    *(By) Deputy Clerk*, Jean Boring